No. 91–8514.  COOK v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 91–8515.  PRUNTY v. WILKENSON ET AL.  C. A. 6th Cir. Certiorari denied.

No. 91–8519.  WILSON v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 91–8520.  LINCOLN v. HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 91–8521.  WILSON v. FIRST GIBRALTAR BANK, FSB, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 91–8522.  AZIZ v. COLORADO ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–8523.  BROWN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–8524.  ANTONIE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 91–8526.  ELLISON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 91–8527.  GLOVER v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 91–8528.  TORRES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–8529.  BLOUNT v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 91–8530.  BROWN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–8531.  COOPER ET AL. v. FRANK.  App. Ct. Conn.  Certiorari denied.

No. 91–8532.  ELDER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.